**KENTUCKY BAR ASSOCIATION,**
Complainant,

v.

**Lawrence Tobe LIEBERT, Respondent.**

No. 89–SC–933–KB.

Supreme Court of Kentucky.

Feb. 8, 1990.

Reconsideration Denied April 26, 1990.

Bruce K. Davis, Janis E. Clark, Kentucky Bar Ass'n, Frankfort, for complainant.

Lawrence Tobe Liebert, Louisville, pro se.

OPINION AND ORDER

This matter is before the Court on its own motion pursuant to SCR 3.669.

Respondent is deficient in Continuing Legal Education (CLE) requirements for educational year 1988–89 (SCR 3.665). SCR 3.669 requires an attorney who fails to meet the CLE educational requirements of SCR 3.665 be suspended from the practice of law unless he/she can show "good cause" for the deficiency. We find that good cause does not exist.

We order that respondent be suspended from the practice of law for forty-five (45) days. Further, respondent is ordered to complete his educational requirements for educational year 1988–89. Respondent shall pay the costs of the proceedings herein.

All concur.